AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  1:23-cv-24480-JEM |
| MERCEDES-BENZ GRAND PRIX LIMITED (D/B/A MERCEDES-AMG PETRONAS FORMULA ONE TEAM), | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MERCEDES-BENZ GRAND PRIX LIMITED (D/B/A MERCEDES-AMG PETRONAS FORMULA ONE TEAM),
Mercedes-Benz Grand Prix Limited Operations Centre
Brackley, Northamptonshire
NN13 7BD, United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Adam M. Moskowitz<br>Joseph M. Kaye<br>THE MOSKOWITZ LAW FIRM, PLLC 3250 Mary Street, Suite 202<br>Coconut Grove, FL 33133<br>Telephone: (305) 740-1423<br>Service@moskowitz-law.com | Stephen Neal Zack<br>Tyler Ulrich<br>BOIES SCHILLER FLEXNER LLP<br>100 SE 2nd St., Suite 2800,<br>Miami, FL 33131 | José M. Ferrer<br>Florida Bar No. 173746 MARK MIGDAL & HAYDEN Brickell City Tower<br>80 SE 8th Street, Suite 1999 Miami, FL 33130<br>jose@markmigdal.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/27/2023_____

*s/ Nadhege Augustin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court